Donald P. Norris   (Bar No. 007464)
Macey & Aleman, P.C.
1701 W. Charleston Blvd, Suite 320
Las Vegas, NV 89102
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  dpn@legalhelpers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| Daniel Brinker, | Case No.: 2:09-cv-00417-KJD-LRL |
| Plaintiff, | |
| v. | |
| GC Services Limited Partnership, | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives Notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with Prejudice within 30 days.

                RESPECTFULLY SUBMITTED,

                Macey & Aleman, P.C.

                By: */s/ Donald P. Norris*
                Donald P. Norris        (Bar No. 007464)
                1701 W. Charleston Blvd, Suite 320
                Las Vegas, NV 89102
                Tel:  1.866.339.1156
                Fax: 1.312.822.1064
                Email:  dpn@legalhelpers.com
                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served via regular U.S. mail:

Hinshaw & Culbertson LLP  
Todd P. Stelter  
222 N. LaSalle Street, Suite 300  
Chicago, IL 60601  
*Attorney for Defendant*

                                              */s/ Richard J. Meier*