Donald P. Norris   (Bar No. 007464)
Macey & Aleman, P.C.
1701 W. Charleston Blvd, Suite 320
Las Vegas, NV 89102
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  dpn@legalhelpers.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| Daniel Brinker, | Case No.: 2:09-cv-00417-KJD-LRL |
| Plaintiff, | |
| v. | |
| GC Services Limited Partnership, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a) with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    Macey & Aleman, P.C.

    By: */s/ Donald P. Norris*
    Donald P. Norris        (Bar No. 007464)
    1701 W. Charleston Blvd, Suite 320
    Las Vegas, NV 89102
    Tel:  1.866.339.1156
    Fax: 1.312.822.1064
    Email:  dpn@legalhelpers.com
    *Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following parties were served via regular U.S. mail:

Hinshaw & Culbertson LLP
Todd P. Stelter
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
*Attorney for Defendant*

                                                    */s/ Richard J. Meier*